IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| MICHAEL JIMENEZ | § | |
| VS. | § | CIVIL ACTION NO. 9:19cv238 |
| TASHA RIGSBY, ET AL. | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

Plaintiff Michael Jimenez, proceeding *pro se*, filed the above-styled lawsuit against Tasha Rigsby, Linda Haley and Megan Hill. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss filed by the defendants be granted and this case dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Proper notice was given to plaintiff at his last known address. No objections were filed to the Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED** as the opinion of the court. The motion to dismiss is **GRANTED**. A final judgment shall be entered.

**SIGNED** this the 21 day of **July, 2021.**

_____
Thad Heartfield
United States District Judge